UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GONZALO VALLE ARRIZON, et al.,

     Plaintiffs,

v.

                                   Case No. 1:20-cv-788

CHAD F. WOLF, et al.,
                                   HON. JANET T. NEFF

     Defendants.

_____/

## ORDER

     Pending before the Court is Plaintiffs' Pre-motion Conference Request concerning their anticipated motion for partial summary judgment (ECF No. 5). Defendants filed their Response (ECF No. 7). The Court will require the parties to, not later than September 23, 2020, file a joint notice indicating whether the parties agree or do not agree to have a United States Magistrate Judge conduct any and all further proceedings in the instant case, including trial, and to order the entry of final judgment.[1]

     **IT IS SO ORDERED**.

Dated:  September 9, 2020                     /s/ Janet T. Neff
                                          JANET T. NEFF
                                        United States District Judge

---

[1]If the parties consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), an Order of Reference will be issued transferring the matter to the magistrate judge and allowing appeals to be taken to the United States Court of Appeals for the Sixth Circuit, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c).