UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GONZALO VALLE ARRIZON, et al.,

    Plaintiffs,

          v.

CHAD F. WOLF, et al.,

    Defendants.

_____/

Case No. 1:20-cv-788

Hon. Hala Y. Jarbou
United States District Court Judge

**STIPULATION AND ORDER EXTENDING
DEADLINE TO FILE AMENDED COMPLAINT OR BRIEF IN OPPOSITION TO
MOTION TO DISMISS**

The parties, by their respective counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure 6(b) and 15(a)(2) to an extension until February 21, 2021 of Plaintiffs' deadline to file an amended complaint or brief in opposition to Defendant's Motion to Dismiss. In support, the parties state the following:

1. Under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs have 21 days to file an amended complaint as a "matter of course" from the date of service of Defendants' motion under Rule 12(b)(1).  Plaintiffs' amended complaint as a "matter of course" currently is due Monday, November 16, 2020. Thereafter, Plaintiffs may amend their complaint with Defendants' written consent or the Court's leave - which should be freely given. Fed. R. Civ. P. 15(a)(2).

2. Under local rule 7.2(c), Plaintiffs have until Monday, November 23, 2020 to file a response in opposition to Defendants' motion to dismiss.

3. This lawsuit seeks an order that "Defendant Wolf's July 28, 2020 memo regarding DACA is null and void". PageID.15. In light of current events, Plaintiffs believe that

additional time to evaluate how to proceed in this litigation would be appropriate, and Defendants do not oppose such an extension.

4. Considering these circumstances, it may be "wasteful and inefficient to plow ahead immediately." *Matter of L-A-B-R-*, 27 I&N Dec. 405, 407 (A.G. 2018). An extension of time until February 21, 2021 for Plaintiffs to file an amended complaint or a response in opposition to Defendants' motion to dismiss likely would conserve party and judicial resources and there is therefore good cause for an extension.

5. This is the first extension sought by any party in this matter.

**SO STIPULATED:**

Dated: November 13, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ *Cormac A. Early*
CORMAC A. EARLY (D.C. 1033835)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-7420
Fax: (202) 616-8470
Email: cormac.a.early@usdoj.gov

ANDREW BYERLY BIRGE
United States Attorney

RYAN D. COBB (P64773)
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
E-mail:  Ryan.Cobb@usdoj.gov
Attorneys for Defendants

Dated: November 13, 2020

/s/ *Marc Asch*
MARC ASCH (P75499)
The Law Office of Marc Asch
137 N. Park St., Suite 201B
Kalamazoo, MI 49007
(617) 653-8184
marc.a.asch@gmail.com
Attorney for Plaintiffs

**SO ORDERED:**

Dated:

Hon.