UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

GONZALO VALLE ARRIZON,
et al.,

            Plaintiffs,

v.

CHAD F. WOLF, et al.,

            Defendants.
_____/

Case No. 1:20-cv-788

Honorable Hala Y. Jarbou

## ORDER

Before the Court is the parties' Stipulation and Order Extending Deadline to File Amended Complaint or Brief in Opposition to Motion to Dismiss (ECF No. 16). Accordingly,

**IT IS ORDERED** that Stipulation and Order Extending Deadline to File Amended Complaint or Brief in Opposition to Motion to Dismiss (ECF No. 16) is **GRANTED IN PART**. Plaintiffs shall file their amended complaint or brief in opposition to motion to dismiss on or before December 7, 2020.

Dated:  November 19, 2020

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE